UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL W WOLSKI,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF MENLO PARK, et al.,<br><br>        Defendants. | Case No. 25-cv-01371-CRB (AGT)<br><br>**ORDER ON MOTION TO DEEM FACTS ADMITTED**<br><br>Re: Dkt. No. 35 |

Defendants' responses to multiple requests for admission were "evasive, non-responsive, or contain boilerplate objections," says plaintiff. Dkt. 35 at 1. He seeks an order deeming the statements in his requests admitted as true, under Rule 36(a)(6). His motion is denied, without prejudice. The parties must meet and confer about defendants' responses. Following meet and confer, if a dispute remains, they may file a joint statement. *See* AGT Civil Standing Order § VII.B. Therein, plaintiff may argue that certain facts should be admitted as true. If specific requests for admission are in dispute, "the parties must attach the following to their joint statement: a copy of the disputed requests, a copy of the disputed responses, and a copy of the definitions of any defined terms used in the disputed requests." *Id.*

    **IT IS SO ORDERED.**

Dated: August 8, 2025

                                                    Alex G. Tse<br>
                                                    United States Magistrate Judge